Alison E. Chase (SBN 226976)
Matthew J. Preusch (SBN 298144)
Christopher L. Springer (SBN 291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone (805) 456-1496, Fax (805) 456-1497
achase@kellerrohrback.com
mpreusch@kellerrohrback.com
cspringer@kellerrohrback.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JARED STARK, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>       v.<br><br>ACTIVEHOURS, INC.,<br><br>                                   Defendant. | Case No. 5:19-cv-07553-BLF<br><br>**PLAINTIFF JARED STARK'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jared Stark, through his undersigned counsel, hereby gives notice of the voluntary dismissal of his individual claims against Defendant in this action without prejudice.

Respectfully submitted July 24th, 2020.

KELLER ROHRBACK L.L.P.

By  *s/ Alison E. Chase*
    Alison E. Chase (SBN 226976)
    Matthew J. Preusch (SBN 298144)
    Christopher L. Springer (SBN 291180)
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    (805) 456-1496
    Fax (805) 456-1497
    achase@kellerrohrback.com
    mpreusch@kellerrohrback.com
    cspringer@kellerrohrback.com

*Attorneys for Stark Plaintiff*

No. 5:19-cv-07553-BLF         1         PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I, Alison E. Chase, hereby certify that on this 24th day of July, 2020, I electronically filed Plaintiff Jared Stark's Notice of Voluntary Dismissal with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*s/ Alison E. Chase*
Alison E. Chase